Motion to vacate the Court of Appeals March 27, 1986 order dismissing appeal of disbarment order denied, with $20 costs. [See, 67 NY2d 870.] Motion for consolidation of appeal from disbarment order with the appeal, by permission from the suspension order, dismissed as academic. Motion for rescheduling of oral argument in the suspension order appeal denied. Motion for remand of the proceedings to the lower court denied. Motion for a stay of sanctions, and for an order compelling petitioner to serve a record on appeal, dismissed as academic.
Judge Titone taking no part.
*938 938 67 NEW YORK REPORTS, 2d SERIES APPEALS DISMISSED PURSUANT TO RULES OF PRACTICE OF COURT OF APPEALS OR ON CONSENT (April 1, 1986 through April 30, 1986) Angulo v Security Mut. Life Ins. Co. of N. Y................................ Civil Serv. Employees Assn., Inc., Matter of, v Ford........................... Continental Bank v White........ Konigsberg, Matter of, v Coughlin Missick v Big V Supermarkets, Inc. Shapiro, Matter of, v Jones....... (2d dept: 110 AD2d 737)......... 4/8/86 (Sup Ct, NY County, Nov. 22, 1985 [94 AD2d 262]).............4/24/86 (2d dept: 112 AD2d 912)........4/21/86 (3d dept: 110 AD2d 1026)....... 4/14/86 (3d dept: 115 AD2d 808)........ 4/18/86 (3d dept: 115 AD2d 922)........ 4/14/86 APPEALS DISCONTINUED AND WITHDRAWN (April 1, 1986 through April 30, 1986) Beeman, Matter of, v Board of Educ., Oyster Bay-East Norwich Public Schools.............................. Bradley W., Matter of, v Mary Ann N. .. Der Ohannesian v Russell Sage Coll..... Duroseau v Town of Hempstead........ Gurley, Matter of, v Smith............. Howard, Matter of, v Kelly........... Hughes, Matter of, v Smith............. Lillie Mae W., Matter of................ Pondexter, Matter of, v Smith.......... Purnell, Matter of, v Kelly............. Skaneateles, Vil. of, Matter of, v Town of Skaneateles......................... Vega, Matter of, v Kelly................ Wilson, Matter of, v Kelly.............. Woldequiorquis, Matter of, v Smith..... (2d dept: 114 AD2d 359)........ 4/10/86 (4th dept: 115 AD2d 268)....... 4/10/86 (3d dept: 114 AD2d 752)........ 4/11/86 (2d dept: — AD2d —) ..........4/24/86 (4th dept: 115 AD2d 1015)......4/10/86 (4th dept: 115 AD2d 1011)......4/10/86 (4th dept: 115 AD2d 1014)......4/10/86 (4th dept: 116 AD2d 1026)..........4/10/86 (4th dept: 115 AD2d 1014)......4/10/86 (4th dept: 115 AD2d 1010)......4/10/86 (4th dept: 115 AD2d 282)....... 4/29/86 (4th dept: 115 AD2d 1011)......4/10/86 (4th dept: 115 AD2d 1011)......4/10/86 (4th dept: 115 AD2d 1015)......4/10/86 APPLICATIONS IN CRIMINAL CASES FOR LEAVE TO APPEAL (April 1, 1986 through April 30, 1986) People v Acomb .............. App Div, 4th dept, Livingston County, 11/15/85 denied 4/7/86 (Kaye, J.) People v Adams (Pamela)...... App Div, 2d dept, Queens County, 3/3/86 denied 4/17/86 (Hancock, Jr., J.) People v Adams (Willie)....... App Div, 4th dept, Monroe County, 1/29/85 denied 4/25/86 (Kaye, J.) People v Almodovar........... App Div, 1st dept, Bronx County, 2/20/86 denied 4/8/86 (Hancock, Jr., J.) People v Alvarez.............. App Div, 1st dept, Bronx County, 1/9/86 denied 4/29/86 (Titane, J.) People v Anderson............ App Div, 2d dept, Kings County, 3/17/86 denied 4/15/86 (Alexander, J.)
*939 MEMORANDA 939 People v Aphaylath........... App Div, 4th dept, Monroe County, 2/21/86 granted 4/1/86 (Alexander, J.) NY County, 3/6/86 denied 4/17/86 (Simons, J.) NY County, 1/28/86 denied 4/24/86 (Kaye, J.) NY County, 1/28/86 denied 4/24/86 (Kaye, J.) NY County, 3/13/86 denied 4/22/86 (Titane, J.) NY County, 2/6/86 denied 4/22/86 (Meyer, J.) NY County, 1/28/86 denied 4/24/86 (Kaye, J.) NY County, 2/13/86 denied 4/8/86 (Hancock, Jr., J.) People v Austin (Calvin)....... App Div, 2d dept, Queens County, 2/10/86 denied 4/8/86 (Meyer, J.) People v Austin (Henry)....... App Div, 1st dept, NY County, 2/25/86 denied 4/7/86 (Meyer, J.) People v Austin (Richard)..... App Div, 1st dept, Bronx County, 2/20/86 denied 4/25/86 (Kaye, J.) People v Ayala............... App Div, 1st dept, Bronx County, 1/14/86 denied 4/1/86 (Meyer, J.) People v Badders............. App Div, 1st dept, Bronx County, 2/20/86 denied 4/8/86 (Meyer, J.) People v Balkum............. App Div, 4th dept, Monroe County, 2/21/86 denied 4/15/86 (Simons, J.) People v Ballentine........... App Div, 1st dept, NY County, 3/13/86 denied 4/15/86 (Wachtler, Ch. J.) People v Banks (Chris)........ App Div, 2d dept, Nassau County, 12/16/85 denied 4/18/86 (Kaye, J.) People v Banks (Christopher) .. App Div, 2d dept, Kings County, 2/3/86 denied 4/22/86 (Titane, J.) People v Barnett.............. App Div, 1st dept, NY County, 3/13/86 denied 4/21/86 (Hancock, Jr., J.) People v Barton.............. Onondaga County Ct, 3/18/86 denied 4/15/86 (Simons, J.) People v Basque.............. App Div, 1st dept, NY County, 3/27/86 withdrawn 4/18/86 (Alexander, J.) People v Beato................ App Div, 3d dept, Sullivan County, 12/10/85 denied 4/1/86 (Meyer, J.) People v Been................ App Div, 1st dept, Bronx County, 1/28/86 denied 4/10/86 (Simons, J.) People v Bennett............. App Div, 1st dept, NY County, 1/30/86 denied 4/10/86 (Alexander, J.) People v Bensching........... App Div, 4th dept, Cattaraugus County, 2/21/86 denied 4/25/86 (Kaye, J.) People v Benton.............. App Div, 3d dept, Sullivan County, 12/10/85 denied 4/1/86 (Meyer, J.) People v Bermudez............ App Div, 2d dept, Kings County, 2/24/86 denied 4/8/86 (Hancock, Jr., J.) People v Bienvenido .......... App Div, 2d dept, Queens County, 12/16/85 denied 4/2/86 (Alexander, J.) People v Archer.............. App Div, 1st dept, People v Armansa............ App Div, 1st dept, People v Armazo.............. App Div, 1st dept, People v Arrington (Alex)..... App Div, 1st dept, People v Arrington (Kelvin) ... App Div, 1st dept, People v Arsa................ App Div, 1st dept, People v Ausgood............. App Div, 1st dept,
*940 940 67 NEW YORK REPORTS, 2d SERIES People v Bolling.............. App Div, People v Bonilla.............. App Div, People v Bow................. App Div, People v Brennan............. App Div, People v Brinsko.............. App Div, People v Brooks (Michael)..... App Div, People v Brooks (William)..... App Div, People v Brown (Bernard)..... App Div, People v Brown (John)........ App Div, People v Brown (Mannie)...... App Div, People v Brown (Raymond)____ App Div, People v Brunson............. App Div, People v Buchicchio........... App Div, People v Buenaventura........ App Div, People v Caldwell............. App Div, People v Camarano........... App Div, People v Campbell............ App Div, People v Candelario........... App Div, People v Carroll (Gilbert)...... App Div, People v Carroll (James)....... App Div, People v Casanova............ App Div, People v Casiano.............. App Div, People v Chambers............ App Div, People v Chance.............. App Div, People v Chapman............ App Div, People v Charles.............. App Div, People v Christie (Brian)...... App Div, 2d dept, Suffolk County, 12/2/85 denied 4/17/86 (Meyer, J.) 1st dept, Bronx County, 2/13/86 denied 4/18/86 (Wachtler, Ch. J.) 1st dept, Bronx County, 3/6/86 denied 4/22/86 (Wachtler, Ch. J.) 1st dept, NY County, 2/6/86 denied 4/16/86 (Alexander, J.) 3d dept, Broome County, 1/13/86 denied 4/3/86 (Alexander, J.) 1st dept, NY County, 2/20/86 denied 4/7/86 (Meyer, J.) 4th dept, Erie County, 2/21/86 denied 4/16/86 (Titane, J.) 1st dept, Bronx County, 1/21/86 denied 4/10/86 (Alexander, J.) 2d dept, Queens County, 2/18/86 denied 4/16/86 (Titane, J.) 2d dept, Kings County, 12/16/85 denied 4/1/86 (Meyer, J.) 2d dept, Kings County, 12/16/85 denied 4/1/86 (Meyer, J.) 4th dept, Erie County, 11/15/85 denied 4/4/86 (Titane, J.) 2d dept, Westchester County, 1/27/86 denied 4/14/86 (Hancock, Jr., J.) 1st dept, NY County, 3/6/86 denied 4/3/86 (Wachtler, Ch. J.) 4th dept, Niagara County, 1/24/86 denied 4/8/86 (Kaye, J.) 1st dept, NY County, 2/27/86 denied 4/7/86 (Hancock, Jr., J.) 1st dept, NY County, 1/7/86 denied 4/8/86 (Kaye, J.) 1st dept, NY County, 11/21/85 denied 4/22/86 (Titane, J.) (upon reconsideration) 2d dept, Suffolk County, 2/24/86 denied 4/22/86 (Wachtler, Ch. J.) 4th dept, Cattaraugus County, 2/21/86 denied 4/16/86 (Titane, J.) 2d dept, Kings County, 2/18/86 denied 4/15/86 (Simons, J.) 2d dept, Kings County, 2/18/86 withdrawn 4/25/86 (Alexander, J.) 1st dept, Bronx County, 1/30/86 denied 4/10/86 (Simons, J.) 2d dept, Queens County, 2/3/86 denied 4/8/86 (Hancock, Jr., J.) 3d dept, Albany County, 1/2/86 denied 4/7/86 (Kaye, J.) 1st dept, Bronx County, 2/4/86 denied 4/15/86 (Wachtler, Ch. J.) 1st dept, Bronx County, 3/13/86 denied 4/22/86 (Meyer, J.)
*941 MEMORANDA 941 People v Christie (Bryan)...... App Div, People v Clark................ App Div, People v Claudio.............. App Div, People v Comfort............. App Div, People v Compitiello.......... App Div, People v Connolly............. App Div, People v Cook (Alonzo)........ App Div, People v Cook (Karen)......... App Div, People v Cook (Melvin)........ App Div, People v Cook (Pernell)........ App Div, People v Coonan.............. App Div, People v Covington........... App Div, People v Crosby (Gregory)..... App Div, People v Crosby (Jonathan)____ App Div, People v Cruzado............. App Div, People v Cunningham......... App Div, People v Daniely.............. App Div, People v Davis................ App Div, People v Delee................ App Div, People v Delgado............. App Div, People v Dellarocco........... App Div, People v Delvalle............. App Div, People v Demming............ App Div, People v De Rosa............. App Div, People v Dery................ App Div, People v De Santis............ App Div, People v Dexter............... App Div, 1st dept, Bronx County, 3/13/86 denied 4/22/86 (Meyer, 3d dept, Broome County, 1/7/86 denied 4/22/86 (Titane, 1st dept, Bronx County, 1/28/86 denied 4/9/86 (Alexander, 4th dept, Steuben County, 1/24/86 denied 4/7/86 (Simons, 2d dept, Queens County, 3/17/86 denied 4/28/86 (Hancock, Jr., 1st dept, Bronx County, 2/13/86 denied 4/10/86 (Simons, 1st dept, NY County, 12/5/85 denied 4/4/86 (Alexander, 4th dept, Monroe County, 2/21/86 denied 4/9/86 (Wachtler, Ch. 2d dept, Kings County, 2/10/86 denied 4/3/86 (Wachtler, Ch. 2d dept, Nassau County, 2/18/86 denied 4/8/86 (Alexander, 1st dept, NY County, 12/10/85 denied 4/24/86 (Kaye, 1st dept, NY County, 2/27/86 denied 4/28/86 (Meyer, 2d dept, Kings County, 1/27/86 denied 4/24/86 (Kaye, 4th dept, Erie County, 12/20/85 denied 4/7/86 (Kaye, 1st dept, NY County, 2/20/86 denied 4/14/86 (Kaye, 2d dept, Nassau County, 1/13/86 denied 4/10/86 (Alexander, 2d dept, Nassau County, 1/21/86 denied 4/24/86 (Kaye, 1st dept, Bronx County, 2/20/86 denied 4/8/86 (Meyer, 1st dept, NY County, 3/13/86 denied 4/10/86 (Hancock, Jr., 1st dept, NY County, 2/20/86 denied 4/1/86 (Meyer, 3d dept, Broome County, 1/7/86 denied 4/3/86 (Alexander, 1st dept, NY County, 2/25/86 denied 4/9/86 (Alexander, 3d dept, Tompkins County, 2/10/86 denied 4/15/86 (Hancock, Jr., 1st dept, NY County, 2/20/86 denied 4/8/86 (Meyer, 4th dept, Onondaga County, 12/20/85 denied 4/15/86 (Simons, 1st dept, NY County, 3/4/86 denied 4/9/86 (Wachtler, Ch. 1st dept, NY County, 2/25/86 denied 4/24/86 (Kaye, J.) J.) J.) J.) J.) J.) J.) J.) J.) J.) J.) J.) J.) J.) J.) J.) J.) J.) J.) J.) J.) J.) J.) J.) J.) J.) J.)
*942 942 67 NEW YORK REPORTS, 2d SERIES People v Diaz (Jose)........... App Div, 1st dept, Bronx County, 2/25/86 denied 4/28/86 (Kaye, J.) People v Diaz (Robert)......... App Div, 1st dept, NY County, 1/14/86 denied 4/10/86 (Alexander, J.) People v Diaz (Roberto)........ App Div, 1st dept, Bronx County, 2/20/86 denied 4/8/86 (Hancock, Jr., J.) People v Di Lucchio........... App Div, 2d dept, Queens County, 12/9/85 denied 4/2/86 (Kaye, J.) People v Divine............... App Div, 2d dept, Queens County, 2/18/86 denied 4/3/86 (Wachtler, Ch. J.) People v Dominy.............. App Div, 3d dept, Schenectady County, 2/7/86 denied 4/16/86 (Titane, J.) People v Donovan............. App Div, 2d dept, Queens County, 3/17/86 denied 4/22/86 (Hancock, Jr., J.) People v Doyle................ App Div, 1st dept, Bronx County, 12/5/85 denied 4/3/86 (Wachtler, Ch. J.) People v Dukes............... App Div, 4th dept, Monroe County, 2/21/86 denied 4/11/86 (Alexander, J.) People v Duncan.............. App Div, 2d dept, Queens County, 1/21/86 denied 4/1/86 (Hancock, Jr., J.) People v Dunham............. Steuben County Ct, 1/7/86 denied 4/8/86 (Kaye, J.) People v Edwards............. App Div, 2d dept, Queens County, 3/3/86 denied 4/8/86 (Hancock, Jr., J.) People v English.............. App Div, 1st dept, NY County, 2/13/86 denied 4/23/86 (Kaye, J.) People v Evans............... App Div, 2d dept, Kings County, 2/27/86 dismissed 4/4/86 (Alexander, J.) People v Facey............... App Div, 4th dept, Jefferson County, 2/21/86 granted 4/22/86 (Simons, J.) People v Falco................ App Div, 2d dept, Suffolk County, 2/18/86 denied 4/15/86 (Titane, J.) People v Ferkins.............. App Div, 3d dept, Sullivan County, 1/28/86 denied 4/8/86 (Wachtler, Ch. J.) People v Fernandez (Arnold)... App Div, 1st dept, NY County, 3/18/86 denied 4/21/86 (Simons, J.) People v Fernandez (Primo) ... App Div, 2d dept, Westchester County, 12/30/85 granted 4/4/86 (Simons, J.) People v Fields............... App Div, 4th dept, Erie County, 2/21/86 denied 4/2/86 (Alexander, J.) People v Foust................ App Div, 2d dept, Kings County, 2/3/86 denied 4/3/86 (Wachtler, Ch. J.) People v France.............. App Div, 2d dept, Queens County, 12/16/85 denied 4/24/86 (Kaye, J.) People v Freeman............ App Div, 1st dept, NY County, 2/13/86 denied 4/4/86 (Titane, J.) People v Fulton............... Niagara County Ct, 1/28/86 denied 4/3/86 (Wachtler, Ch. J.) People v Gaddis .............. App Div, 4th dept, Onondaga County, 1/24/86 denied 4/7/86 (Simons, J.) People v Gairy................ App Div, 2d dept, Kings County, 1/27/86 denied 4/22/86 (Wachtler, Ch. J.) People v Gallina.............. App Term, Kings County, 2/6/86 denied 4/24/86 (Kaye, J.)
*943 MEMORANDA 943 People v García............... App Div, 3d dept, Clinton County, 3/12/86 denied 4/22/86 (Titane, J.) People v Garland............. App Div, 1st dept, NY County, 4/1/86 granted and fixed bail 4/29/86 (Titane, J.) 1st dept, NY County, 2/6/86 denied 4/22/86 (Meyer, J.) 2d dept, Queens County, 3/24/86 denied 4/16/86 (Kaye, J.) 1st dept, Bronx County, 1/2/86 dismissed 4/16/86 (Kaye, J.) 2d dept, Westchester County, 1/21/86 denied 4/3/86 (Alexander, J.) 1st dept, Bronx County, 2/4/86 denied 4/11/86 (Alexander, J.) 4th dept, Erie County, 1/24/86 granted 4/14/86 (Wachtler, Ch. J.) 2d dept, Queens County, 2/10/86 denied 4/10/86 (Hancock, Jr., J.) 1st dept, Bronx County, 4/2/85 dismissed 4/23/86 (Alexander, J.) 1st dept, Bronx County, 11/26/85 denied 4/7/86 (Kaye, J.) 1st dept, Bronx County, 2/4/86 denied 4/17/86 (Hancock, Jr., J.) 1st dept, NY County, 3/13/86 denied 4/15/86 (Hancock, Jr., J.) 1st dept, NY County, 1/16/86 denied 4/7/86 (Kaye, J.) 1st dept, Bronx County, 2/13/86 denied 4/1/86 (Hancock, Jr., J.) People v Gormley............. App Term, Kings County, 2/19/86 denied 4/29/86 (Titane, J.) People v Grant (Claude)....... App Term, Suffolk County, 3/7/86 denied 4/8/86 (Meyer, J.) People v Grant (Robert)....... App Div, 2d dept, Queens County, 12/16/85 denied 4/17/86 (Meyer, J.) (upon reconsideration) People v Graves.............. App Div, 1st dept, Bronx County, 2/25/86 denied 4/23/86 (Kaye, J.) People v Green (Anton) ....... App Div, 1st dept, Bronx County, 3/20/86 granted 4/28/86 (Meyer, J.) People v Green (Leroy)........ App Div, 4th dept, Oneida County, 9/27/85 denied 4/23/86 (Kaye, J.) People v Green (Leroy E.)..... App Div, 4th dept, Oneida County, 3/10/86 dismissed 4/2/86 (Kaye, J.) People v Griffin............... App Div, 1st dept, NY County, 3/20/86 denied 4/17/86 (Hancock, Jr., J.) People v Griffiths............. App Div, 4th dept, Oneida County, 7/12/85 denied 4/4/86 (Kaye, J.) People v Guthrie.............. App Div, 1st dept, NY County, 3/11/86 denied 4/11/86 (Meyer, J.) People v Hamel............... App Div, 3d dept, Albany County, 2/13/86 denied 4/7/86 (Simons, J.) People v Hammond........... App Div, 3d dept, Albany County, 1/16/86 denied 4/10/86 (Simons, J.) People v Gaskins............. App Div, People v Gebert............... App Div, People v Gibbs................ App Div, People v Gilliard.............. App Div, People v Gilmore............. App Div, People v Gipson.............. App Div, People v Glenn............... App Div, People v Glover............... App Div, People v Godwin.............. App Div, People v Goldenberg.......... App Div, People v Gonzalez (Jeanette)... App Div, People v Gonzalez (Jose)....... App Div, People v Gordon.............. App Div,
*944 944 67 NEW YORK REPORTS, 2d SERIES People v Harris (Carole)....... App Div, 1st dept, NY County, 3/4/86 denied 4/3/86 (Wachtler, Ch. J.) People v Harris (Marvin)...... App Div, 3d dept, Broome County, 3/13/86 denied 4/29/86 (Titane, J.) People v Harris (Ronald)...... App Div, 1st dept, NY County, 1/21/86 denied 4/18/86 (Kaye, J.) People v Haynes (David)....... App Div, 1st dept, Bronx County, 1/16/86 denied 4/7/86 (Alexander, J.) People v Haynes (Ronald)..... App Div, 1st dept, NY County, 3/11/86 denied 4/18/86 (Wachtler, Ch. J.) People v Henry............... App Div, 2d dept, Kings County, 1/27/86 denied 4/4/86 (Alexander, J.) People v Hepp................ App Div, 4th dept, Onondaga County, 2/21/86 denied 4/1/86 (Meyer, J.) People v Hernandez........... App Div, 1st dept, Bronx County, 3/20/86 denied 4/29/86 (Titane, J.) People v Higgins.............. App Div, 2d dept, Queens County, 3/3/86 denied 4/10/86 (Hancock, Jr., J.) People v Hill................. App Div, 4th dept, Onondaga County, 2/21/86 denied 4/25/86 (Kaye, J.) People v Hodges.............. App Div, 4th dept, Erie County, 2/21/86 denied 4/1/86 (Meyer, J.) People v Holman............. App Div, 1st dept, NY County, 2/20/86 denied 4/7/86 (Hancock, Jr., J.) People v Horton.............. App Div, 1st dept, NY County, 12/26/85 denied 4/25/86 (Kaye, J.) People v Inocencio............ App Div, 1st dept, NY County, 2/4/86 denied 4/9/86 (Alexander, J.) People v Irizarry.............. App Div, 1st dept, Bronx County, 3/6/86 denied 4/16/86 (Titane, J.) People v Isaac................ App Div, 2d dept, Kings County, 6/17/85 denied 4/18/86 (Wachtler, Ch. J.) People v Jackson (Anthony) ... App Div, 2d dept, Queens County, 2/24/86 denied 4/17/86 (Meyer, J.) People v Jackson (Benny)...... App Div, 2d dept, Kings County, 3/24/86 denied 4/22/86 (Hancock, Jr., J.) People v Jackson (Floyd)...... App Div, 1st dept, Bronx County, 3/13/86 denied 4/22/86 (Titane, J.) People v Jackson (Sylvester)... App Div, 2d dept, Dutchess County, 2/3/86 denied 4/1/86 (Meyer, J.) People v Jarrett.............. App Div, 2d dept, Rockland County, 3/10/86 denied 4/1/86 (Alexander, J.) People v Jarvis............... App Div, 1st dept, NY County, 3/13/86 denied 4/16/86 (Titane, J.) People v Jenkins (Eric)........ App Div, 2d dept, Kings County, 3/17/86 denied 4/22/86 (Wachtler, Ch. J.) People v Jenkins (Robert)..... App Div, 2d dept, Nassau County, 11/12/85 denied 4/23/86 (Kaye, J.) People v Johnson (Larry)...... App Div, 1st dept, Bronx County, 10/31/85 denied 4/1/86 (Meyer, J.) People v Johnson (Wayne)..... App Div, 1st dept, Bronx County, 1/30/86 denied 4/10/86 (Alexander, J.) People v Jones (Eddie)......... App Div, 1st dept, NY County, 1/21/86 denied 4/2/86 (Kaye, J.)
*945 MEMORANDA 945 People v Jones (Joseph)....... App Div, 1st dept, NY County, 3/20/86 granted 4/17/86 (Simons, J.) People v Jones (Lesley)........ App Div, 2d dept, Queens County, 1/21/86 denied 4/10/86 (Hancock, Jr., J.) People v Jones (Ralph)........ App Div, 1st dept, Bronx County, 3/25/86 denied 4/29/86 (Titane, J.) People v Jordan.............. App Div, 1st dept, Bronx County, 2/27/86 denied 4/9/86 (Wachtler, Ch. J.) People v Joyner.............. App Div, 1st dept, Bronx County, 1/16/86 denied 4/23/86 (Kaye, J.) People v Keindl............... App Div, 2d dept, Queens County, 2/10/86 granted 4/8/86 (Hancock, Jr., J.) People v Kelly (Michael)....... App Div, 3d dept, Albany County, 1/23/86 denied 4/1/86 (Hancock, Jr., J.) People v Kelly (Willis)......... App Div, 2d dept, Suffolk County, 2/10/86 denied 4/15/86 (Simons, J.) People v Kennerly............ App Div, 2d dept, Nassau County, 2/3/86 denied 4/7/86 (Simons, J.) People v Kenney.............. Erie County Ct, 11/14/85 denied 4/1/86 (Simons, J.) People v Kenyatta (Jomo)..... App Div, 2d dept, Kings County, 1/27/86 denied 4/1/86 (Hancock, Jr., J.) People v Kenyatta (Jomo)..... App Div, 2d dept, Kings County, 2/18/86 denied 4/16/86 (Titane, J.) People v Klem................ App Div, 4th dept, Monroe County, 12/20/85 denied 4/2/86 (Kaye, J.) People v Klemas.............. App Div, 1st dept, Bronx County, 2/13/86 denied 4/17/86 (Meyer, J.) People v Klock............... Onondaga County Ct, 3/11/86 denied 4/16/86 (Alexander, J.) People v Knapp............... App Div, 3d dept, Otsego County, 2/4/86 denied 4/2/86 (Simons, J.) People v Koenig.............. App Div, 3d dept, Rensselaer County, 1/14/86 denied 4/10/86 (Simons, J.) People v Kolb (Edward)....... App Div, 2d dept, Suffolk County, 3/3/86 denied 4/16/86 (Titane, J.) People v Kolb (Michael)....... App Div, 2d dept, Suffolk County, 3/3/86 denied 4/16/86 (Titane, J.) People v Kotler............... App Div, 2d dept, Suffolk County, 3/3/86 denied 4/10/86 (Hancock, Jr., J.) People v Krasnewicz.......... App Div, 4th dept, Chautauqua County, 1/24/86 denied 4/7/86 (Simons, J.) People v Lancaster............ App Div, 4th dept, Onondaga County, 1/24/86 granted 4/22/86 (Simons, J.) People v Lanzillotti........... App Term, Orange County, 3/7/86 denied 4/4/86 (Kaye, J.) People v Lebrón (Rafael)...... App Div, 1st dept, Bronx County, 2/25/86 denied 4/8/86 (Hancock, Jr., J.) People v Lebrón (Ramon)...... App Term, Bronx County, 3/4/86 denied 4/10/86 (Alexander, J.) People v Lee (Ronald)......... App Div, 2d dept, Kings County, 1/27/86 denied 4/10/86 (Simons, J.) People v Lee (Serena)......... App Div, 2d dept, Kings County, 3/3/86 denied 4/4/86 (Meyer, J.)
*946 946 67 NEW YORK REPORTS, 2d SERIES People v Leung.............. App Div, 2d dept, Queens County, 1/21/86 granted 4/7/86 (Kaye, J.) People v Liller............... App Div, 3d dept, Chemung County, 2/10/86 denied 4/25/86 (Kaye, J.) People v Lindsay............ App Div, 1st dept, Bronx County, 3/20/86 denied 4/11/86 (Alexander, J.) People v Lindsey............. App Div, 4th dept, Onondaga County, 4/4/86 denied 4/25/86 (Meyer, J.) People v Little............... App Div, 1st dept, Bronx County, 3/4/86 denied 4/1/86 (Hancock, Jr., J.) People v Lombardi (James) ... App Div, 1st dept, Bronx County, 1/7/86 denied 4/14/86 (Simons, J.) (upon reconsideration) People v Lombardi (James) ... App Div, 1st dept, Bronx County, 1/9/86 denied 4/14/86 (Simons, J.) People v Lombardo .......... (upon reconsideration) App Div, 1st dept, NY County, 3/4/86 denied 4/22/86 (Titane, J.) People v Lopez (Eugene)...... App Div, 2d dept, Queens County, 12/23/85 denied 4/15/86 (Hancock, Jr., J.) People v Lopez (Harold)...... App Div, 2d dept, Kings County, 2/10/86 denied 4/3/86 (Wachtler, Ch. J.) People v Lowe............... App Div, 2d dept, Queens County, 2/18/86 denied 4/24/86 (Kaye, J.) People v Lynch.............. App Div, 1st dept, NY County, 2/27/86 denied 4/2/86 (Alexander, J.) People v Mack............... App Div, 1st dept, NY County, 12/26/85 denied 4/1/86 (Meyer, J.) People v Mackie............. App Div, 1st dept, NY County, 2/27/86 denied 4/17/86 (Simons, J.) People v Macon.............. App Div, 1st dept, Bronx County, 3/18/86 dismissed 4/16/86 (Wachtler, Ch. J.) People v Mangot............. App Div, 2d dept, Queens County, 12/30/85 People v Manor.............. denied 4/4/86 (Kaye, J.) App Div, 3d dept, Albany County, 2/10/86 denied 4/24/86 (Kaye, J.) People v Maracle............ App Div, 4th dept, Niagara County, 1/24/86 denied 4/4/86 (Alexander, J.) People v Marquez............ App Div, 1st dept, Bronx County, 1/21/86 denied 4/1/86 (Hancock, Jr., J.) People v Marrero (Adolfo) .... App Div, 1st dept, Bronx County, 2/20/86 denied 4/17/86 (Meyer, J.) People v Marrero (Aníbal)_____ App Div, 2d dept, Kings County, 2/3/86 denied 4/18/86 (Wachtler, Ch. J.) People v Marte.............. App Div, 2d dept, Queens County, 2/3/86 denied 4/25/86 (Kaye, J.) People v Martin............. App Div, 2d dept, Queens County, 2/18/86 denied 4/3/86 (Wachtler, Ch. J.) People v Martinez (Maria)..... App Div, 1st dept, Bronx County, 2/25/86 denied 4/18/86 (Wachtler, Ch. J.) People v Martinez (Rafael)_____ App Div, 2d dept, Kings County, 1/27/86 denied 4/10/86 (Simons, J.) People v Martinez (Robert)____ App Div, 1st dept, NY County, 3/13/86 denied 4/25/86 (Kaye, J.)
*947 MEMORANDA 947 People v Martinez (Roberto) ... App Div, 4th dept, Monroe County, 2/21/86 denied 4/2/86 (Alexander, J.) People v Mathis.............. App Div, 2d dept, Dutchess County, 3/3/86 denied 4/18/86 (Wachtler, Ch. J.) People v Maza................ App Div, 1st dept, Bronx County, 3/11/86 denied 4/15/86 (Hancock, Jr., J.) People v McCaskill............ App Div, 2d dept, Queens County, 2/18/86 denied 4/1/86 (Hancock, Jr., J.) People v McGee .............. App Div, 4th dept, Erie County, 1/24/86 granted 4/14/86 (Wachtler, Ch. J.) People v McNeil.............. App Div, 1st dept, NY County, 2/25/86 denied 4/23/86 (Kaye, J.) People v Mejia................ App Div, 1st dept, NY County, 1/2/86 denied 4/21/86 (Kaye, J.) People v Melendez............ App Div, 1st dept, NY County, 1/30/86 denied 4/7/86 (Meyer, J.) People v Merritt.............. App Div, 2d dept, Kings County, 2/3/86 denied 4/3/86 (Simons, J.) People v Michael............. App Div, 2d dept, Queens County, 12/2/85 denied 4/9/86 (Alexander, J.) People v Miller............... App Div, 2d dept, Nassau County, 1/13/86 denied 4/8/86 (Alexander, J.) People v Minor............... App Div, 1st dept, NY County, 3/20/86 denied 4/16/86 (Alexander, J.) People v Mitchell............. App Div, 2d dept, Kings County, 1/27/86 denied 4/17/86 (Simons, J.) People v Montalvo............ App Div, 1st dept, NY County, 3/11/86 denied 4/22/86 (Hancock, Jr., J.) People v Moore (Duane)....... App Div, 2d dept, Nassau County, 3/11/86 dismissed 4/23/86 (Titane, J.) People v Moore (Lesley)....... App Div, 2d dept, Queens County, 1/21/86 denied 4/1/86 (Hancock, Jr., J.) People v Morales (Jaime)...... App Div, 1st dept, NY County, 2/25/86 denied 4/4/86 (Titane, J.) People v Morales (Jimmy)..... App Div, 1st dept, NY County, 2/25/86 denied 4/4/86 (Titane, J.) People v Morales (Jose)........ App Div, 1st dept, NY County, 2/4/86 denied 4/3/86 (Wachtler, Ch. J.) People v Morales (Julio)....... App Div, 1st dept, Bronx County, 1/23/86 denied 4/8/86 (Kaye, J.) People v Morris............... App Div, 2d dept, Queens County, 3/3/86 denied 4/28/86 (Meyer, J.) People v Morton.............. App Div, 2d dept, Queens County, 2/3/86 denied 4/4/86 (Titane, J.) People v Murillo.............. App Div, 1st dept, NY County, 2/13/86 denied 4/1/86 (Hancock, Jr., J.) People v Murray.............. App Div, 1st dept, NY County, 3/11/86 denied 4/10/86 (Alexander, J.) People v Nappi............... App Div, 4th dept, Herkimer County, 12/20/85 denied 4/22/86 (Simons, J.) People v Nash................ App Div, 1st dept, NY County, 1/14/86 denied 4/11/86 (Alexander, J.) People v Nelson.............. App Div, 2d dept, Queens County, 3/3/86 denied 4/22/86 (Titane, J.)
*948 948 67 NEW YORK REPORTS, 2d SERIES People v Nesbitt (Darryl)...... App Div, 1st dept, Bronx County, 1/28/86 denied 4/28/86 (Kaye, J.) People v Nesbitt (Darryll)..... App Div, 1st dept, Bronx County, 1/28/86 denied 4/28/86 (Kaye, J.) People v Nieves............... App Div, 1st dept, Bronx County, 1/16/86 denied 4/7/86 (Meyer, J.) People v Norman............. App Div, 2d dept, Westchester County, 7/15/85 denied 4/21/86 (Meyer, J.) People v Nosek............... App Term, Nassau County, 1/17/86 denied 4/3/86 (Wachtler, Ch. J.) People v Nunes............... App Div, 2d dept, Kings County, 3/3/86 denied 4/22/86 (Titane, J.) People v Oakley.............. App Div, 2d dept, Suffolk County, 1/31/86 dismissed 4/9/86 (Wachtler, Ch. J.) People v O’Hare.............. App Div, 2d dept, Suffolk County, 2/18/86 denied 4/15/86 (Titane, J.) People v Olivo................ App Div, 1st dept, Bronx County, 3/4/86 denied 4/28/86 (Kaye, J.) People v Orellanes............ App Div, 1st dept, Bronx County, 2/20/86 denied 4/17/86 (Simons, J.) People v Ortiz................ App Div, 2d dept, Kings County, 1/13/86 denied 4/8/86 (Kaye, J.) People v Pacheco............. App Div, 1st dept, NY County, 2/20/86 denied 4/9/86 (Wachtler, Ch. J.) People v Parker (David)....... App Div, 1st dept, NY County, 12/26/85 denied 4/1/86 (Meyer, J.) People v Parker (Gary)........ App Div, 3d dept, Albany County, 2/13/86 denied 4/18/86 (Kaye, J.) People v Paul................. App Div, 2d dept, Dutchess County, 1/27/86 denied 4/7/86 (Simons, J.) People v Pawlowski........... App Div, 4th dept, Genesee County, 1/24/86 denied 4/17/86 (Meyer, J.) People v Pekar............... App Div, 2d dept, Kings County, 1/13/86 denied 4/4/86 (Alexander, J.) People v Peoples.............. App Div, 4th dept, Erie County, 2/21/86 denied 4/17/86 (Simons, J.) People v Perez (Jesus)......... App Div, 2d dept, Kings County, 3/10/86 denied 4/18/86 (Meyer, J.) People v Perez (Peter)......... App Div, 2d dept, Westchester County, 3/24/86 dismissed 4/17/86 (Simons, J.) People v Perez (Ralph)........ App Div, 1st dept, NY County, 2/4/86 denied 4/9/86 (Alexander, J.) People v Perrington........... App Term, Bronx County, 3/18/86 denied 4/21/86 (Simons, J.) People v Peterson............. App Div, 1st dept, NY County, 1/2/86 denied 4/29/86 (Titane, J.) People v Phillips.............. App Div, 2d dept, Kings County, 3/3/86 denied 4/3/86 (Meyer, J.) People v Phillmore............ App Div, 1st dept, Bronx County, 2/20/86 denied 4/15/86 (Hancock, Jr., J.) People v Pistone.............. App Div, 2d dept, Kings County, 2/24/86 denied 4/1/86 (Hancock, Jr., J.) People v Pitsley.............. App Div, 4th dept, Onondaga County, 2/21/86 denied 4/22/86 (Wachtler, Ch. J.)
*949 MEMORANDA 949 App Div, 1st dept, Bronx County, 3/18/86 granted 4/22/86 (Titane, J.) App Div, 1st dept, NY County, 2/27/86 denied 4/8/86 (Hancock, Jr., J.) App Div, 3d dept, Albany County, 3/5/86 denied 4/16/86 (Titane, J.) App Div, 2d dept, Kings County, 3/3/86 denied 4/2/86 (Alexander, J.) App Div, 2d dept, Westchester County, 2/3/86 denied 4/16/86 (Alexander, J.) App Div, 4th dept, Onondaga County, 1/24/86 denied 4/18/86 (Kaye, J.) App Term, Kings County, 2/20/86 granted 4/14/86 (Alexander, J.) App Term, Kings County, 2/20/86 granted 4/14/86 (Alexander, J.) App Div, 1st dept, Bronx County, 12/19/85 granted 4/21/86 (Wachtler, Ch. J.) App Div, 1st dept, Bronx County, 2/20/86 denied 4/24/86 (Hancock, Jr., J.) App Div, 1st dept, Bronx County, 3/13/86 denied 4/28/86 (Meyer, J.) App Div, 1st dept, Bronx County, 12/5/85 denied 4/10/86 (Alexander, J.) App Div, 2d dept, Westchester County, 1/13/86 denied 4/7/86 (Alexander, J.) App Div, 4th dept, Onondaga County, 1/24/86 denied 4/22/86 (Meyer, J.) (upon reconsideration) App Div, 1st dept, NY County, 12/26/85 denied 4/1/86 (Meyer, J.) App Div, 2d dept, Queens County, 2/3/86 denied 4/7/86 (Meyer, J.) App Div, 1st dept, NY County, 3/11/86 denied 4/23/86 (Hancock, Jr., J.) App Div, 1st dept, Bronx County, 12/10/85 denied 4/8/86 (Alexander, J.) App Div, 1st dept, Bronx County, 3/25/86 denied 4/21/86 (Simons, J.) App Div, 2d dept, Kings County, 3/24/86 denied 4/24/86 (Hancock, Jr., J.) App Div, 2d dept, Kings County, 3/24/86 denied 4/21/86 (Hancock, Jr., J.) App Div, 3d dept, Albany County, 2/10/86 granted 4/17/86 (Hancock, Jr., J.) App Div, 2d dept, Queens County, 2/10/86 denied 4/4/86 (Titane, J.) App Div, 2d dept, Queens County, 2/10/86 denied 4/4/86 (Titane, J.) App Div, 1st dept, NY County, 3/13/86 denied 4/11/86 (Meyer, J.) People v Robinson (Theodore).. App Div, 2d dept, Kings County, 2/10/86 denied 4/3/86 (Wachtler, Ch. J.) People v Rodriguez (Avelino)... App Div, 1st dept, Bronx County, 3/18/86 denied 4/17/86 (Hancock, Jr., J.) People v Pons............... People v Porter.............. People v Preville............. People v Price............... People v Quinn.............. People v Racona............. People v Ranghelle (Joseph) .. People v Ranghelle (Patsy) ... People v Reid................ People v Resto............... People v Reyes (Francisco)____ People v Reyes (Luis)......... People v Reyes (Ricardo)..... People v Richards............ People v Richardson......... People v Riley............... People v Rios................ People v Rivera (Fernando)... People v Rivera (Jose)........ People v Rizzo............... People v Robbins............ People v Robinson (John)..... People v Robinson (Kenneth) . People v Robinson (Kenny) ... People v Robinson (Lydia)____
*950 950 67 NEW YORK REPORTS, 2d SERIES People v Rodriguez (Gabriel)... App Div, 1st dept, Bronx County, 1/29/85 granted 4/15/86 (Wachtler, Ch. J.) People v Rodriguez (Larry)---- App Div, 1st dept, Bronx County, 3/20/86 denied 4/15/86 (Alexander, J.) People v Rodriguez (Santos)---- App Div, 2d dept, Kings County, 1/27/86 denied 4/7/86 (Simons, J.) People v Roe................. App Div, 2d dept, Queens County, 2/18/86 denied 4/1/86 (Meyer, J.) People v Roman.............. App Div, 1st dept, NY County, 2/13/86 denied 4/3/86 (Wachtler, Ch. J.) People v Rondan.............. App Div, 2d dept, Kings County, 1/27/86 denied 4/11/86 (Alexander, J.) People v Rosa................ App Div, 1st dept, NY County, 1/9/86 denied 4/22/86 (Meyer, J.) People v Rosario.............. App Div, 1st dept, Bronx County, 3/20/86 denied 4/22/86 (Titane, J.) People v Rosso................ App Term, Westchester County, 12/30/85 denied 4/7/86 (Alexander, J.) People v Rowe................ App Div, 1st dept, NY County, 12/26/85 denied 4/25/86 (Kaye, J.) People v Rowe (William)....... App Div, 2d dept, Queens County, 2/18/86 denied 4/1/86 (Meyer, J.) People v Ruggeri.............. App Div, 1st dept, NY County, 3/25/86 denied 4/24/86 (Hancock, Jr., J.) People v Ruggierio............ App Div, 1st dept, NY County, 3/25/86 denied 4/24/86 (Hancock, Jr., J.) People v Rullo................ App Div, 2d dept, Queens County, 2/3/86 denied 4/18/86 (Kaye, J.) People v Rumph.............. App Term, Kings County, 2/6/86 denied 4/4/86 (Alexander, J.) People v Sanchez (Nora)....... App Div, 1st dept, Bronx County, 2/20/86 denied 4/8/86 (Meyer, J.) People v Sanchez (Ramon)..... App Div, 2d dept, Orange County, 2/10/86 denied 4/15/86 (Simons, J.) People v Santillana........... App Div, 2d dept, Kings County, 3/10/86 denied 4/21/86 (Simons, J.) People v Saunders............ App Div, 2d dept, Kings County, 3/3/86 denied 4/3/86 (Meyer, J.) People v Sciascia............. App Div, 2d dept, Kings County, 12/23/85 denied 4/8/86 (Kaye, J.) People v Selby................ App Div, 2d dept, Kings County, 1/13/86 denied 4/18/86 (Kaye, J.) People v Serrano ............. App Div, 1st dept, NY County, 1/21/86 denied 4/23/86 (Kaye, J.) People v Shabala............. App Div, 3d dept, Chemung County, 3/10/86 denied 4/3/86 (Wachtler, Ch. J.) People v Shabazz............. App Div, 2d dept, Kings County, 2/10/86 denied 4/9/86 (Alexander, J.) People v Shapiro.............. App Div, 2d dept, Kings County, 2/10/86 denied 4/28/86 (Meyer, J.) People v Sharrieff............. App Div, 2d dept, Queens County, 2/3/86 dismissed 4/3/86 (Wachtler, Ch. J.) People v Sileo................ App Div, 2d dept, Kings County, 2/10/86 denied 4/18/86 (Meyer, J.)
*951 MEMORANDA 951 People v Simmons............ App People v Simon............... App People v Sims................ App People v Singletary........... App People v Smith (Christian)..... App People v Smith (Christopher) .. App People v Smith (John)......... App People v Smith (Raymond)..... App People v Snow................ App People v Sodenstrom.......... App People v Soderstrom.......... App People v Sorenson............ App People v Speller.............. App People v Springer (John)...... App People v Springer (Richard)____ App People v Station.............. App People v Steiner.............. App People v Stephens............ App People v Stokes............... App People v Sullivan............. App People v Tabarez............. App People v Tapia................ App People v Tavare.............. App People v Taylor............... App People v Terry................ App People v Tesfay............... App People v Thompson (Steven) ... App Div, 1st dept, Bronx County, 3/25/86 denied 4/17/86 (Hancock, Jr., J.) Div, 2d dept, Kings County, 3/31/86 denied 4/22/86 (Hancock, Jr., J.) Div, 2d dept, Queens County, 3/17/86 denied 4/28/86 (Hancock, Jr., J.) Div, 2d dept, Kings County, 1/13/86 denied 4/8/86 (Kaye, J.) Div, 3d dept, Albany County, 2/20/86 denied 4/2/86 (Alexander, J.) Div, 3d dept, Albany County, 2/20/86 denied 4/2/86 (Alexander, J.) Term, Kings County, 2/6/86 denied 4/4/86 (Alexander, J.) Div, 1st dept, Bronx County, 3/4/86 denied 4/15/86 (Hancock, Jr., J.) Div, 4th dept, Erie County, 2/21/86 denied 4/22/86 (Titane, J.) Term, Nassau County, 2/20/86 denied 4/15/86 (Hancock, Jr., J.) Term, Nassau County, 2/20/86 denied 4/15/86 (Hancock, Jr., J.) Div, 2d dept, Kings County, 3/3/86 denied 4/9/86 (Wachtler, Ch. J.) Div, 1st dept, Bronx County, 11/19/85 denied 4/2/86 (Kaye, J.) Div, 3d dept, Broome County, 2/27/86 denied 4/24/86 (Kaye, J.) Div, 3d dept, Chemung County, 1/7/86 denied 4/7/86 (Alexander, J.) Div, 2d dept, Queens County, 2/24/86 denied 4/2/86 (Alexander, J.) Div, 2d dept, Suffolk County, 2/10/86 denied 4/1/86 (Meyer, J.) Div, 1st dept, Bronx County, 1/21/86 denied 4/10/86 (Alexander, J.) Div, 1st dept, NY County, 3/6/86 denied 4/21/86 (Hancock, Jr., J.) Div, 1st dept, Bronx County, 2/20/86 denied 4/2/86 (Alexander, J.) Div, 2d dept, Westchester County, 12/30/85 granted 4/4/86 (Simons, J.) Div, 2d dept, Queens County, 11/18/85 denied 4/3/86 (Alexander, J.) Div, 2d dept, Queens County, 2/24/86 denied 4/15/86 (Wachtler, Ch. J.) Div, 4th dept, Erie County, 1/24/86 denied 4/18/86 (Kaye, J.) Div, 2d dept, Kings County, 2/18/86 denied 4/16/86 (Titane, J.) Div, 4th dept, Erie County, 2/21/86 denied 4/24/86 (Kaye, J.) Div, 2d dept, Queens County, 2/3/86 denied 4/7/86 (Kaye, J.)
*952 952 67 NEW YORK REPORTS, 2d SERIES People v Thompson (Terry)---- App Div, 2d dept, Queens County, 11/25/85 denied 4/3/86 (Alexander, J.) People v Trinidad............. App Div, 1st dept, Bronx County, 3/4/86 denied 4/22/86 (Titane, J.) People v Turner.............. App Div, 2d dept, Kings County, 3/17/86 denied 4/22/86 (Wachtler, Ch. J.) People v Ungaro.............. App Div, 4th dept, Niagara County, 12/20/85 denied 4/3/86 (Simons, J.) People v Urbino.............. App Div, 1st dept, Bronx County, 3/11/86 denied 4/15/86 (Simons, J.) People v Vargas.............. App Div, 1st dept, Bronx County, 1/21/86 denied 4/1/86 (Meyer, J.) People v Vasquez............. App Div, 1st dept, NY County, 3/11/86 denied 4/2/86 (Simons, J.) People v Vastano............. App Div, 2d dept, Suffolk County, 2/3/86 denied 4/15/86 (Simons, J.) People v Velasquez........... App Div, 1st dept, NY County, 2/4/86 granted 4/23/86 (Kaye, J.) People v Velez................ App Div, 2d dept, Kings County, 3/10/86 denied 4/15/86 (Wachtler, Ch. J.) People v Villanueva........... App Div, 1st dept, Bronx County, 2/13/86 denied 4/7/86 (Kaye, J.) People v Walker (Charles)..... App Div, 1st dept, Bronx County, 1/30/86 denied 4/10/86 (Simons, J.) People v Walker (Richard)..... App Div, 3d dept, Ulster County, 2/7/86 denied 4/23/86 (Hancock, Jr., J.) People v Walter.............. App Div, 4th dept, Onondaga County, 2/21/86 denied 4/7/86 (Simons, J.) People v Watson (Rex)........ App Div, 2d dept, Kings County, 3/3/86 denied 4/11/86 (Alexander, J.) People v Watson (Rex) ........ App Div, 2d dept, Kings County, 3/3/86 denied 4/24/86 (Alexander, J.) (upon reconsideration) People v Webster............. App Div, 1st dept, Bronx County, 1/14/86 denied 4/4/86 (Alexander, J.) People v Welch (James)....... App Div, 1st dept, NY County, 3/25/86 denied 4/17/86 (Hancock, Jr., J.) People v Welch (Keith)........ App Term, Suffolk County, 3/7/86 denied 4/8/86 (Meyer, J.) People v White (Kevin)........ App Div, 1st dept, NY County, 12/10/85 denied 4/2/86 (Kaye, J.) People v White (Martin)....... App Div, 1st dept, NY County, 2/6/86 denied 4/4/86 (Titane, J.) People v Whitted (Willie)...... App Div, 2d dept, Orange County, 12/30/85 denied 4/1/86 (Meyer, J.) People v Whitted (Willie)...... App Div, 2d dept, Orange County, 12/30/85 denied 4/8/86 (Meyer, J.) (upon reconsideration) People v Williams (Delroy)____ App Div, 2d dept, Queens County, 10/7/85 denied 4/8/86 (Alexander, J.) (upon reconsideration) People v Williams (Frederick).. App Div, 1st dept, NY County, 2/25/86 denied 4/3/86 (Meyer, J.) People v Williams (Howard) ... App Div, 2d dept, Kings County, 3/10/86 denied 4/17/86 (Hancock, Jr., J.)
*953 People v Williams (John)...... App Div, 1st dept, Bronx County, 10/31/85 denied 4/1/86 (Meyer, J.) People v Williams (Leroy)..... App Div, 1st dept, NY County, 3/4/86 denied 4/25/86 (Kaye, J.) People v Williams (Michael) ... App Div, 2d dept, Queens County, 3/3/86 denied 4/25/86 (Kaye, J.) People v Williams (Ronnie)____ App Div, 2d dept, Kings County, 3/3/86 denied 4/15/86 (Simons, J.) People v Williams (Rudi)...... App Div, 1st dept, NY County, 3/4/86 denied 4/15/86 (Hancock, Jr., J.) People v Williams (Rudy)...... App Div, 2d dept, Westchester County, 3/3/86 denied 4/16/86 (Titane, J.) People v Wills................ App Div, 1st dept, Bronx County, 2/4/86 denied 4/11/86 (Alexander, J.) People v Wilson.............. App Div, 1st dept, Bronx County, 2/20/86 denied 4/16/86 (Titane, J.) People v Winder.............. App Div, 1st dept, NY County, 3/4/86 denied 4/22/86 (Wachtler, Ch. J.) People v Wright (Lenny)...... App Div, 1st dept, NY County, 2/4/86 denied 4/18/86 (Meyer, J.) People v Wright (Leon)........ App Div, 1st dept, NY County, 2/4/86 denied 4/18/86 (Meyer, J.) People v Young............... App Div, 2d dept, Kings County, 1/21/86 denied 4/1/86 (Meyer, J.) People v Younger............. App Div, 1st dept, NY County, 3/18/86 denied 4/21/86 (Meyer, J.) APPLICATIONS IN CRIMINAL CASES FOR LEAVE TO APPEAL Decisions of Appellate Division Justices* (April 1,1986 through April 30,1986) People v Goetz................ App Div, 1st dept, NY County, 4/17/86 granted 4/18/86 (Asch, J.) People v Gonzalez (Antonio) ... App Div, 1st dept, Bronx County, 3/4/86 granted 4/10/86 (Sullivan, J.) People v Rothman............ App Div, 1st dept, NY County, 2/20/86 granted 4/3/86 (Sullivan, J.) People v Tekulve............. App Div, 1st dept, NY County, 2/20/86 granted 4/3/86 (Sullivan, J.)